**FILED**

07/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0409

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0409

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

    v.                                 O R D E R

KATHERINE ANNE PROCTOR,

      Defendant and Appellant.

_____

Hertha L. Lund, counsel for Appellant Katherine Anne Proctor, has moved the Court to withdraw as counsel and for appointment of counsel from the Appellate Defender Division. Counsel states that Proctor has been sentenced to twenty years in prison and is indigent.

IT IS THEREFORE ORDERED that the motion to withdraw as counsel is GRANTED.

IT IS FURTHER ORDERED that the motion for appointment of counsel is GRANTED. The Appellate Defender Division shall have thirty (30) days from the date of this Order within which to file either a Notice of Appearance or a motion to rescind this Order appointing counsel. In the event Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order any additional transcripts if they have not been already ordered.

The Clerk is directed to provide a copy of this Order to counsel of record, to the Appellate Defender Division, and to Katherine Anne Proctor personally.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 31 2023